| | |
|---|---|
| 1 | MARK P. WINE (STATE BAR NO. 189897) |
| 2 | mwine@orrick.com<br>SETH E. FREILICH (STATE BAR NO. 217321) |
| 3 | sfreilich@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 777 South Figueroa Street, Suite 3200<br>Los Angeles, California 90017-5855 |
| 5 | Telephone:  (213) 629-2020<br>Facsimile:   (213) 612-2499 |
| 6 | JOSEPH A. CALVARUSO (*Pro Hac Vice*) |
| 7 | jcalvaruso@orrick.com<br>RODGER A. SADLER (*Pro Hac Vice*) |
| 8 | rsadler@orrick.com<br>RICHARD MARTINELLI (*Pro Hac Vice*) |
| 9 | rmartinelli@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 10 | 666 Fifth Avenue<br>New York, New York 10036 |
| 11 | Telephone:  (212) 506-5000<br>Facsimile:   (212) 506-5151 |
| 12 | Attorneys for Defendant Canon U.S.A., Inc. |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| PANAVISION IMAGING, LLC., | Case No.  CV 09-1577 SJO (CTx) |
| Plaintiff, | **DECLARATION OF SETH E. FREILICH IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| v. | |
| OMNIVISION TECHNOLOGIES. INC., CANON U.S.A., INC., MICRON TECHNOLOGY, INC., AND APTINA IMAGING CORPORATION, | The Honorable S. James Otero |
| | Claim Construction<br>Hearing:             Dec. 10, 2009 |
| Defendants. | Date Filed:         Mar. 6, 2009<br>Discovery Cutoff:                TBD |
| AND RELATED COUNTERCLAIMS | Pretrial Conference:             TBD<br>Trial Date:                           TBD |

OHS West:260757112.1

DECLARATION OF SETH E. FREILICH

## DECLARATION OF SETH E. FREILICH

I, Seth E. Freilich, declare as follows:

1. I am an attorney licensed to practice before this Honorable Court and all of the courts in the State of California. I am an attorney in good standing with the California State Bar and am an attorney at Orrick, Herrington & Sutcliffe LLP, counsel of record for defendants Canon U.S.A., Inc. ("Canon"). I submit this declaration in support of Defendants' Responsive Claim Construction Brief. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 4,892,540 (the "Kozlowski patent").

3. Attached hereto as Exhibit B is a true and correct copy of excerpted pages from the Modern Dictionary of Electronics, Seventh Edition, Revised and Updated (1999).

4. Attached hereto as Exhibit C is a true and correct copy of excerpted pages from the Wiley Electrical and Electronics Engineering Dictionary, Wiley-Interscience (2004), Steven M. Kaplan (Lexicographer).

5. Attached hereto as Exhibit D is a true and correct copy of excerpted pages from the Authoritative Dictionary of IEEE Standard Terms (7th ed. 2000).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2009 at Los Angeles, California.

_____
Seth E. Freilich

OHS West:260757112.1

- 1 -