UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01577 SJO (CTx) | Date | 11/27/09 |
|---|---|---|---|
| Title | Panavision Imaging, LLC v. Omnivision Technologies, Inc. et al | | |

Present: The Honorable    S. JAMES OTERO

| Victor Paul Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**                IN CHAMBERS

Pursuant to the Joint Rule 26(f) Report the Court sets the following schedule:

Plaintiff's Preliminary Infringement Contentions are due 04/06/09

Initial Disclosures are due 05/04/09

Deadline to add new parties, to bring third-party claims, to bring cross-claims, and to bring counterclaims        06/26/09

Defendants' Preliminary Invalidity Contentions due 07/06/09

Deadline for Parties to exchange proposed terms for construction 07/17/09

Deadline to exchange preliminary constructions and extrinsic evidence 08/06/09

Joint Claim Construction Statement is due 09/03/09

Claim construction discovery must be completed (both fact and expert) 10/01/09

Damages discovery begins 10/02/09

Plaintiff's opening Claim Construction brief is due 10/15/09

Defendants' claim construction opposition brief is due 11/05/09

Plaintiff's claim construction reply brief is due 11/23/09

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01577 SJO (CTx) | Date | 11/27/09 |
|---|---|---|---|
| Title | Panavision Imaging, LLC v. Omnivision Technologies, Inc. et al | | |

Markman Hearing 12/10/09. **Counsel are advised that the Court will rule from the pleadings, no oral hearing will be held.**

Advice of counsel deadline 50 days after Markman decision.

Plaintiff's Final Infringement Contentions are due 01/29/10 or 2 weeks after Markman decision if later.

Final invalidity contentions are due 02/12/10 or 4 weeks after Markman decision if later.

Fact discovery cutoff (except for advice of counsel discovery) 03/05/10 or 7 weeks after Markman
decision if later.

Opening expert reports are due 03/12/10 or 2 months after Markman decision if later.

Rebuttal expert reports are due 04/09/10 or 3 months after Markman decision if later.

Cut off date for all motions other than summary judgment 05/10/10

Expert discovery deadline 05/10/10 or 4 months after Markman decision if later.

Motions for summary judgment 05/17/10 or one week after expert discovery cut-off if later.

Motion hearing date 06/14/10 @ 10:00 a.m.

Pretrial Conference 06/21/10 @ 9:00 a.m.

Jury Trial commences 07/06/10 @ 9:00 a.m.

|  | : |  |
|---|---|---|
| Initials of Preparer | VPC |  |