[*Parties Listed On Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PANAVISION IMAGING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OMNIVISION TECHNOLOGIES, INC., CANON U.S.A., INC., MICRON TECHNOLOGY, INC., APTINA IMAGING CORPORATION, and APTINA, LLC,<br><br>    Defendants. | Case No. CV 09-1577 MRP (CTx)<br><br>**JOINT STATUS REPORT**<br><br>**Judge:  Hon. Mariana R. Pfaelzer**<br>**Courtroom:  12** |
| AND RELATED COUNTERCLAIMS | |

1    Pursuant to the telephonic hearing with the Court on July 19, 2011, in which
2 the Court requested that the parties file a joint report on July 29, 2011 to apprise the
3 Court of the status of the discovery left in the case as well as propose a schedule
4 regarding discovery, infringement contentions, and summary judgment motions,
5 Plaintiff Panavision Imaging, LLC ("Panavision") and Defendants Micron
6 Technology, Inc. ("Micron"), Aptina Imaging Corporation and Aptina, LLC
7 (collectively, "Aptina"), Canon U.S.A., Inc. ("Canon U.S.A."), and Omnivision
8 Technologies, Inc. ("Omnivision") (collectively, "Defendants") hereby submit this
9 joint report.

10  **I.  DISCOVERY**

11    The parties agree to supplement their document productions and written
12 discovery responses and will meet and confer in good faith to schedule the
13 remaining depositions and resolve all other outstanding discovery disputes.
14 Defendants will endeavor to provide Panavision with any outstanding discovery it
15 reasonably needs to provide its final infringement contentions sufficiently in
16 advance of the deadline for those contentions, including the production of technical
17 documentation regarding any products that were introduced by defendants after the
18 stay and products which have not been subject to production, the production of any
19 schematics or other documents with missing and/or illegible pages, and any
20 corporate 30(b)(6) depositions regarding the new products (and, in the case of
21 Canon, a corporate 30(b)(6) deposition for all Canon products) to which the parties
22 agree after meeting and conferring in good faith.

23  **II.  PROPOSED SCHEDULE**

24    In order for the parties and the Court to focus on the central disputes in this
25 case – namely whether the Defendants' products infringe the '877 Patent in view of
26 Panavision's Final infringement Contentions and whether the '877 Patent is invalid
27 in view of Defendants' Final Invalidity Contentions – the below proposed schedule
28 focuses on deadlines for liability-related expert discovery and summary judgment

motions after the close of fact discovery on all issues.  The parties believe that the case will move forward more quickly and efficiently if expert reports and expert discovery regarding damages, marketing, and sales are scheduled after the Court has had an opportunity to rule on any infringement and/or invalidity-related summary judgment motions that are appropriate in view of the Final Infringement Contentions and the Final Invalidity Contentions.

| DEADLINE OR EVENT | PROPOSED DATE(S) |
| --- | --- |
| Final date for Micron, Aptina and Omnivision's supplemental document production regarding liability | September 13, 2011 |
| Completion of depositions of Micron, Aptina and Omnivision's witnesses related to liability issues | September 30, 2011 |
| Final date for Canon's supplemental document production regarding liability | October 4, 2011 |
| Completion of depositions of Canon's witnesses related to liability issues | October 14, 2011 |
| Panavision's Final Infringement Contentions for Micron, Aptina and Omnivision | October 28, 2011 |
| Defendants' disclosure of all documents relating to legal opinions if relied upon | October 28, 2011 |
| Panavision's Final Infringement Contentions for Canon | November 4, 2011 |
| Defendants' Final Invalidity Contentions | November 11, 2011 |
| Completion of mediation | November 15, 2011 |
| Cut-off for fact discovery, including liability and damages issues | December 2, 2011 |
| Opening expert report regarding liability for parties with burden of proof on issue (i.e., infringement and invalidity) | December 16, 2011 |
| Rebuttal expert report regarding liability for parties without burden of proof (i.e., non-infringement and validity) | January 20, 2012 |
| Expert discovery regarding liability cutoff | February 17, 2012 |
| Last day to file motions for summary judgment regarding (non)infringement and (in)validity | March 9, 2012 |

| DEADLINE OR EVENT | PROPOSED DATE(S) |
|---|---|
| Oppositions to motions for summary judgment regarding (non)infringement and (in)validity | April 6, 2012 |
| Replies for motions for summary judgment regarding (non)infringement and (in)validity | April 27, 2012 |
| Hearing on motions for summary judgment | May 14, 2012, or as soon as the motions may be heard by the Court |

The parties request that the Court schedule a status conference after ruling on the liability-related motions for summary judgment in order to finalize the pre-trial and trial schedule for the case.

Dated: July 29, 2011

Respectfully submitted,

By: _/s/ Craig Allison_

HENRY BUNSOW (SBN 060707)
hbunsow@dl.com
DINO HADZIBEGOVIC (SBN 267489)
hadzibegovicd@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94114
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

ALDO A. BADINI (SBN 257086)
abadini@dl.com
CRAIG Y. ALLISON (SBN 161175)
callison@dl.com
DEWEY & LEBOEUF LLP
1950 University Ave., Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7000
Facsimile: (650) 875-7333

Attorneys for Plaintiff
PANAVISION IMAGING, LLC

| | |
|---|---|
| 1 | |
| 2 | By: _[signature: Rodger Sadler]_ |
| 3 | SETH E. FREILICH (State Bar No. 217321) |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 5 | Los Angeles, California 90017-5855 |
| | Telephone: (213) 629-2020 |
| 6 | Facsimile: (213) 612-2499 |
| 7 | |
| 8 | JOSEPH A. CALVARUSO (Pro Hac Vice) |
| | RODGER A. SADLER (Pro Hac Vice) |
| 9 | RICHARD MARTINELLI (Pro Hac Vice) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 10 | 51 West 52nd Street |
| 11 | New York, New York 10019 |
| | Telephone: (212) 506-5000 |
| 12 | Facsimile: (212) 506-5151 |
| 13 | |
| 14 | Attorneys for Defendant CANON U.S.A., INC. |

By: /s/ Jared Bobrow/RAS

JARED BOBROW (State Bar No. 133712)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants and Counterclaim Plaintiffs MICRON TECHNOLOGY, INC., APTINA IMAGING CORPORATION, and APTINA, LLC


By: _____
JAMES C. YOON (State Bar No. 177155)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650)-565-5100

Attorneys for Defendant and Counterclaim Plaintiff OMNIVISION TECHNOLOGIES, INC.

PA157387.3

| | |
|---|---|
| 1 | By: _____ |
| 2 | |
| 3 | JARED BOBROW (State Bar No. 133712) |
| | WEIL, GOTSHAL & MANGES LLP |
| 4 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 802-3000 |
| 6 | Facsimile: (650) 802-3100 |
| 7 | Attorneys for Defendants and Counterclaim |
| 8 | Plaintiffs MICRON TECHNOLOGY, INC., APTINA IMAGING CORPORATION, and |
| 9 | APTINA, LLC |

By: *James Yoon /RAS* (signature)
JAMES C. YOON (State Bar No. 177155)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650)-565-5100

Attorneys for Defendant and Counterclaim Plaintiff OMNIVISION TECHNOLOGIES, INC.

PA157387.3

JOINT STATUS REPORT — 5 — CASE NO. CV09-1577 MRP (CTx)