*[Parties Listed On Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PANAVISION IMAGING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OMNIVISION TECHNOLOGIES, INC., CANON U.S.A., INC., MICRON TECHNOLOGY, INC., APTINA IMAGING CORPORATION, and APTINA, LLC,<br><br>    Defendants. | Case No. CV 09-1577 MRP (CTx)<br><br>**JOINT STATUS REPORT**<br><br>**Judge:  Hon. Mariana R. Pfaelzer**<br>**Courtroom:  12** |
| AND RELATED COUNTERCLAIMS | |

1    Pursuant to the telephonic hearing with the Court on July 19, 2011, in which

2    the Court requested that the parties file a joint report on July 29, 2011 to apprise the

3    Court of the status of the discovery left in the case as well as propose a schedule

4    regarding discovery, infringement contentions, and summary judgment motions,

5    Plaintiff Panavision Imaging, LLC ("Panavision") and Defendants Micron

6    Technology, Inc. ("Micron"), Aptina Imaging Corporation and Aptina, LLC

7    (collectively, "Aptina"), Canon U.S.A., Inc. ("Canon U.S.A."), and Omnivision

8    Technologies, Inc. ("Omnivision") (collectively, "Defendants") submitted a joint

9    report on July 29, 2011.  On August 1, 2011, the Court requested that parties

10    shorten the dates from the July 29, 2011 joint report by a month and one-half.

11    Parties hereby submit this newly revised joint report.

12    **I.    DISCOVERY**

13    The parties agree to supplement their document productions and written

14    discovery responses and will meet and confer in good faith to schedule the

15    remaining depositions and resolve all other outstanding discovery disputes.

16    Defendants will endeavor to provide Panavision with any outstanding discovery it

17    reasonably needs to provide its final infringement contentions sufficiently in

18    advance of the deadline for those contentions, including the production of technical

19    documentation regarding any products that were introduced by defendants after the

20    stay and products which have not been subject to production, the production of any

21    schematics or other documents with missing and/or illegible pages, and any

22    corporate 30(b)(6) depositions regarding the new products (and, in the case of

23    Canon, a corporate 30(b)(6) deposition for all Canon products) to which the parties

24    agree after meeting and conferring in good faith.

25    **II.    PROPOSED SCHEDULE**

26    In order for the parties and the Court to focus on the central disputes in this

27    case – namely whether the Defendants' products infringe the '877 Patent in view of

28    Panavision's Final infringement Contentions and whether the '877 Patent is invalid

in view of Defendants' Final Invalidity Contentions – the below proposed schedule focuses on deadlines for liability-related expert discovery and summary judgment motions after the close of fact discovery on all issues. The parties believe that the case will move forward more quickly and efficiently if expert reports and expert discovery regarding damages, marketing, and sales are scheduled after the Court has had an opportunity to rule on any infringement and/or invalidity-related summary judgment motions that are appropriate in view of the Final Infringement Contentions and the Final Invalidity Contentions.

| DEADLINE OR EVENT | ORIGINALLY PROPOSED DATE(S) | NEWLY PROPOSED DATE(S) |
|---|---|---|
| Final date for Micron, Aptina and Omnivision's supplemental document production regarding liability | September 13, 2011 | September 2, 2011 |
| Final date for Canon's supplemental document production regarding liability | October 4, 2011 | September 21, 2011 |
| Completion of depositions of Micron, Aptina and Omnivision's witnesses related to liability issues | September 30, 2011 | September 23, 2011 |
| Completion of depositions of Canon's witnesses related to liability issues | October 14, 2011 | October 12, 2011 |
| Defendants' disclosure of all documents relating to legal opinions if relied upon | October 28, 2011 | October 14, 2011 |
| Panavision's Final Infringement Contentions for Micron, Aptina and Omnivision | October 28, 2011 | October 21, 2011 |
| Panavision's Final Infringement Contentions for Canon | November 4, 2011 | November 4, 2011 |
| Defendants' Final Invalidity Contentions | November 11, 2011 | November 8, 2011 |
| Completion of mediation | November 15, 2011 | November 10, 2011 |

| DEADLINE OR EVENT | ORIGINALLY PROPOSED DATE(S) | NEWLY PROPOSED DATE(S) |
|---|---|---|
| Cut-off for fact discovery, including liability and damages issues | December 2, 2011 | November 18, 2011 |
| Opening expert report regarding liability for parties with burden of proof on issue (i.e., infringement and invalidity) | December 16, 2011 | December 2, 2011 |
| Rebuttal expert report regarding liability for parties without burden of proof (i.e., non-infringement and validity) | January 20, 2012 | December 22, 2011 |
| Expert discovery regarding liability cutoff | February 17, 2012 | January 20, 2012 |
| Last day to file motions for summary judgment regarding (non)infringement and (in)validity | March 9, 2012 | February 3, 2012 |
| Oppositions to motions for summary judgment regarding (non)infringement and (in)validity | April 6, 2012 | March 2, 2012 |
| Replies for motions for summary judgment regarding (non)infringement and (in)validity | April 27, 2012 | March 23, 2012 |
| Hearing on motions for summary judgment | May 14, 2012, or as soon as the motions may be heard by the Court | April 2, 2012 |

The parties request that the Court schedule a status conference after ruling on the liability-related motions for summary judgment in order to finalize the pre-trial and trial schedule for the case.

1

2    Dated:  August 5, 2011          Respectfully submitted,

3                                    By: _____

4

5                                    HENRY BUNSOW (SBN 060707)
                                     hbunsow@dl.com
6                                    DINO HADZIBEGOVIC (SBN 267489)
                                     hadzibegovicd@dl.com
7                                    DEWEY & LEBOEUF LLP
                                     Post Montgomery Center
8                                    One Montgomery Street, Suite 3500
                                     San Francisco, CA 94114
9                                    Telephone: (415) 951-1100
                                     Facsimile: (415) 951-1180
10

11

12                                   ALDO A. BADINI (SBN 257086)
                                     abadini@dl.com
13                                   CRAIG Y. ALLISON (SBN 161175)
                                     callison@dl.com
14                                   DEWEY & LEBOEUF LLP
                                     1950 University Ave., Suite 500
15                                   East Palo Alto, CA 94303
                                     Telephone: (650) 845-7000
16                                   Facsimile: (650) 875-7333
17

18                                   Attorneys for Plaintiff
                                     PANAVISION IMAGING, LLC
19

20

21

22

23

24

25

26

27

28

1   By

2   SETH E. FREILICH (State Bar No. 217321)
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
4   Los Angeles, California  90017-5855
5   Telephone: (213) 629-2020
    Facsimile: (213) 612-2499
6
7   JOSEPH A. CALVARUSO (Pro Hac Vice)
    RODGER A. SADLER (Pro Hac Vice)
8   RICHARD MARTINELLI (Pro Hac Vice)
9   ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 West 52nd Street
10  New York, New York 10019
11  Telephone: (212) 506-5000
    Facsimile: (212) 506-5151
12
13  Attorneys for Defendant CANON U.S.A., INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

By: _Jared Bobrow / RM_

2

JARED BOBROW (State Bar No. 133712)
3    WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
4    Redwood Shores, CA  94065
Telephone:  (650) 802-3000
5    Facsimile:  (650) 802-3100

6

7    Attorneys for Defendants and Counterclaim
Plaintiffs MICRON TECHNOLOGY, INC.,
8    APTINA IMAGING CORPORATION, and
APTINA, LLC
9

10

11    By: _____
JAMES C. YOON (State Bar No. 177155)
12    WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
13    Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
14    Facsimile:  (650)-565-5100
15

16    Attorneys for Defendant and Counterclaim
Plaintiff OMNIVISION TECHNOLOGIES,
17    INC.

18

19

20

21

22

23

24

25

26

27

28

PA1 57387.5

JOINT STATUS REPORT        6        CASE NO. CV09-1577 MRP (CTx)

By: _____

JARED BOBROW (State Bar No. 133712)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Attorneys for Defendants and Counterclaim
Plaintiffs MICRON TECHNOLOGY, INC.,
APTINA IMAGING CORPORATION, and
APTINA, LLC

By: _____

CATHERINE SHIANG (State Bar No. 218086)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650)-565-5100

Attorneys for Defendant and Counterclaim
Plaintiff OMNIVISION TECHNOLOGIES,
INC.

PA1 57387.5