1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PANAVISION IMAGING, LLC, | ) Case No. CV 09-1577 MRP (CTx) |
| Plaintiff, | ) **[PROPOSED]** **JUDGMENT** |
| vs. | ) |
| OMNIVISION TECHNOLOGIES, INC., CANON U.S.A., INC., MICRON TECHNOLOGY, INC., APTINA IMAGING CORPORATION, AND APTINA, LLC, | ) |
| Defendants. | ) |

In consideration of the parties' Stipulated Motion for Dismissal of all claims with

prejudice and all counterclaims as moot without prejudice asserted between Plaintiff

Panavision Imaging, LLC (hereinafter "Panavision") and Defendants Micron

Technology, Inc., Aptina, LLC, and Aptina Imaging Corporation (hereinafter

collectively, "Micron/Aptina"),

IT IS ORDERED AND ADJUDGED

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court having

1  found no just cause for delay and expressly directing the entry of final judgment,

2  judgment is entered as follows:

3

4          All claims asserted in this suit by Panavision against Micron/Aptina are hereby

5  dismissed with prejudice and all counterclaims of Micron/Aptina are dismissed as moot

6  without prejudice.

7

8

9

10 Dated: April 20, 2012

_____
                Mariana R. Pfaelzer
                United States District Judge

11

12 US1 32349972.2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28