# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PANAVISION IMAGING, LLC., | Case No. CV 09-1577 MRP (CTx) |
| Plaintiff, | **[PROPOSED]** FINAL JUDGMENT AS TO DEFENDANT CANON U.S.A., INC. |
| v. | Judge: Hon. Mariana R. Pfaelzer |
| OMNIVISION TECHNOLOGIES. INC., CANON U.S.A., INC., MICRON TECHNOLOGY, INC., AND APTINA IMAGING CORPORATION, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

# FINAL JUDGMENT

Plaintiff Panavision Imaging, LLC ("Panavision") has accused defendant Canon U.S.A., Inc. ("Canon") of infringing United States Patent Nos. 6,590,198 (the " '198 Patent"), 6,633,029 (the " '029 Patent"), 6,818,877 (the " '877 Patent") and 7,057,150 (the " '150 Patent").  On April 12, 2011, this Court issued an order dismissing with prejudice, among other things, all claims of infringement asserted by Panavision against Canon as to the '198, '029 and '150 Patents (docket no. 245).

On November 18, 2011, Canon moved for summary judgment of non-infringement of the '877 Patent (docket no. 308).  On February 3, 2012, this Court granted Canon's motion for summary judgment (docket no. 356) (the "Order of Noninfringement").  Accordingly, Canon is entitled to final judgment of non-infringement and, the Court having found no just cause for delay and expressly directing the entry of final judgment, such final judgment of non-infringement is hereby entered in favor of Canon and against Panavision on Panavision's claims of infringement of the '198, '029, '877 and '150 Patents.

Panavision has agreed to waive any right to appeal any part of this Final Judgment and Canon has agreed to waive any right to seek recover of its costs and attorneys' fees in this litigation from Panavision or Panavision's counsel.

Dated: September 20, 2012

*Mariana R. Pfaelzer*
Hon. Mariana R. Pfaelzer
United States District Court Judge