JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PANAVISION IMAGING, LLC, | Case No. CV 09-1577 MRP (CTx) |
| Plaintiff, | [~~PROPOSED~~] **FINAL JUDGEMENT AS TO DEFENDANT OMNIVISION TECHNOLOGIES, INC.** |
| vs. | |
| OMNIVISION TECHNOLOGIES, INC., CANON U.S.A., INC., MICRON TECHNOLOGY, INC., APTINA IMAGING CORPORATION, AND APTINA, LLC, | |
| Defendants. | |

# FINAL JUDGMENT

Plaintiff Panavision Imaging, LLC ("Panavision") has accused OmniVision Technologies, Inc. ("OmniVision") of infringing United States Patent Nos. 6,633,029 (the " '029 Patent"), 7,057,150 (the " '150 Patent"), and 6,818,877 (the " '877 Patent").

On April 12, 2011, this Court issued an order dismissing with prejudice, among other things, all claims of infringement asserted by Panavision against OmniVision as to the '029 and '150 Patents (docket no. 245).

On March 14, 2012, OmniVision moved for summary judgment of noninfringement and invalidity of the '877 Patent (docket no. 365). On May 25, 2012, this Court granted OmniVision's motion for summary judgment of noninfringement and invalidity with respect to the '877 patent (docket no. 397).

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court having found no just cause for delay and expressly directing the entry of final judgment, judgment is entered as follows:

A final judgment of noninfringement is hereby entered in favor of OmniVision and against Panavision on Panavision's claims of infringement of the '029, '150, and '877 Patents; and a final judgment of invalidity is hereby entered in favor of OmniVision and against Panavision with respect to the '877 Patent.

Each party is to bear its own costs, expenses, and attorneys' fees for this case. Panavision has agreed to waive any right to appeal any part of this Final Judgment, and OmniVision has agreed to waive any right to seek its costs and attorneys' fees from Panavision for this case.

Dated: October 5, 2012

_____
Mariana R. Pfaelzer
United States District Judge